UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| CRAIG SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>BORDER STATES INDUSTRIES, INC., d/b/a Border States,<br><br>Defendant. | 5:26-CV-05097-KES<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL |

Plaintiff, Craig Smith, moves the court to appoint counsel to aid in litigating his claims. Docket 4. "A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." *Stevens v. Redwing*, 146 F.3d 538, 546 (8th Cir. 1998). In determining whether to appoint counsel to a pro se litigant, this Court considers the complexity of the case, the ability of the litigant to investigate the facts, the existence of conflicting testimony, and the litigant's ability to present his claims. *Id.* Because Smith has not shown that he is unable to afford counsel and the court believes Smith is capable of pursuing his claims pro se at this time, his motion to appoint counsel, Docket 4, is denied.

ORDERED that Smith's motion (Docket 4) is DENIED.

Dated October 30, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE